JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN KIRK, an individual, | **CASE NO. CV11-5410-AHM (PLAx)** |
| Plaintiff, | [Assigned for all purposes to the Honorable A. Howard Matz] |
| v. | |
| HERAEUS METAL PROCESSING, LLC, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

    The parties having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties. Each party shall bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: May 31, 2012

_____
HON. A. HOWARD MATZ
United States District Judge

JS-6